## Ackerman *v.* North Huntingdon Township (et al., Appellant).

Argued March 22, 1971.   Before Jones, Eagen, O'Brien, Roberts, Pomeroy and Barbieri, JJ.

*Harold A. Gold,* with him *Leonard Boreman,* and *Baskin, Boreman, Sachs, Gondelman & Craig,* for appellant.

*Joseph M. Loughran,* with him *Loughran & Loughran,* for appellee.

Opinion Per Curiam, October 12, 1971:
Decree affirmed; costs on appellant.
Mr. Chief Justice Bell took no part in the consideration or decision of this case.